JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSEPH BOYADJIAN, | ) | Case No.: CV 16-8910 DSF (GJSx) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| WELLS FARGO BANK, N.A., et al., | ) | |
| Defendants. | ) | |
| _____ | ) | |

The Court having ordered that the case be dismissed by consent of Plaintiff as evidenced by lack of opposition to defendants' motions to dismiss,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed with prejudice, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 1/13/17

_____
Dale S. Fischer
United States District Judge